IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-856-WKW |
| | ) | [wo] |
| STATE OF ALABAMA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Mr. Price's federal claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Mr. Price's state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 24th day of December, 2008.

                                                 /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE